Robert G. Drummond
Chapter 13 Standing Trustee
P. O. Box 1829
Great Falls, Montana 59403-1829
Telephone: (406) 761-8600
Facsimile: (406) 453-4663
I.D. Number 0636
Trustee@MTChapter13.com

(Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

---

| | | |
|---|---|---|
| In re | ) | No. 06-60894-13 |
| | ) | **NOTICE OF HEARING:** |
| MITCHELL B. CLOUSER and | ) | DATE: August 16, 2007 |
| BRENDA S. CLOUSER, | ) | TIME: 9:00 A.M. |
| | ) | LOCATION: 201 E. Broadway |
| Debtors. | ) | Courtroom #200A |
| | ) | Missoula, Montana |

---

**TRUSTEE'S OBJECTION TO MOTION TO MODIFY CHAPTER 13 PLAN**

---

COMES NOW, Robert G. Drummond, Chapter 13 Standing Trustee, and objection to the Debtors' Motion to Modify Chapter 13 Plan for the following reasons:

1. The case is a post BAPCPA case. The Debtors recognize in paragraph 8 of their Motion that the case in *In re Slusher*, 359 B.R. 290 (Bankr. Nev. 2007) holds that the applicable commitment period appearing at 11 U.S.C. § 1325(b) is temporal and, thus, the Debtors should not be entitled to pay off their Chapter 13 plan prior to the completion of the applicable commitment period unless they are going to pay all creditors in full. *See also, In re Casey*, 356 B.R. 519, 526-28 (Bankr. E.D. Wash. 2006).

2. The modified plan departs from the confirmed Chapter 13 plan that it provides that Wells Fargo will be paid in full directly by the Debtors. The confirmed Chapter 13 plan

1

provides that the arrearage portion of the claim will be under the terms of the plan through the Trustee. The departure from the confirmed plan is bad faith. The Debtors having been living with the confirmed plan since its confirmation and to depart from it now that they have presumably arranged for refinancing is indicia of their bad faith.

DATED this 9th day of July, 2007.

        Chapter 13 Standing Trustee
        P. O. Box 1829
        Great Falls, MT 59403-1829

        By /s/ Robert G. Drummond
           Trustee

## CERTIFICATE OF MAILING

I, the undersigned, do hereby certify under penalty of perjury that a copy of the within and foregoing TRUSTEE'S OBJECTION TO MOTION TO MODIFY CHAPTER 13 PLAN was mailed on the 9th day of July, 2007, at Great Falls, Montana, and directed to the following:

    Wells Fargo Bank, N.A.
    c/o McCalla, Raymer
    Bankruptcy Department
    1544 Old Alabama Road
    Roswell, GA 30076

        /s/ Heidi Weedon
        Heidi Weedon

2