UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**MITCHEL B CLOUSER** and
**BRENDA S CLOUSER**,

Debtors.

Case No. **06-60894-13**

# O R D E R

At Butte in said District this 16th day of August, 2007.

In this Chapter 13 bankruptcy, after due notice, a hearing was held August 16, 2007, in Missoula on Debtors' Motion to Modify Chapter 13 Plan filed June 27, 2007. Attorney Edward A. Murphy of Missoula, Montana appeared at the hearing on behalf of the Debtors, and the Chapter 13 Trustee, Robert G. Drummond of Great Falls, Montana, appeared at the hearing in opposition to Debtors' Motion. Debtors' counsel and the Trustee agreed that the issues raised by Debtors' Motion are purely legal in nature. Given the agreement that the matter is purely legal and after considering the comments made at the hearing,

IT IS ORDERED that the Chapter 13 Trustee shall have through Monday, August 27, 2007, to file a brief in opposition to Debtors' Motion to Modify Chapter 13 Plan and Debtors' counsel shall have through Tuesday, September 4, 2007, to file a reply brief.

BY THE COURT

_/s/ Ralph B. Kirscher_
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana